IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHERRY JO WOOLVERTON-JONES,

    Plaintiff,

  v.                                                       No. 1:21-cv-01027-JDB-jay

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

    Without objection, the Report and Recommendation of Magistrate Judge Jon A. York (Docket Entry 8) is hereby ADOPTED in its entirety.

    IT IS SO ORDERED this 28th day of March 2022.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE